UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :
                                     S1 07 Cr. 354 (JSR)
        -v.-                      :
                                     ORDER
MONZER AL KASSAR,                 :
    a/k/a "Abu Munawar,"
    a/k/a "El Taous,"             :
TAREQ MOUSA AL GHAZI,
LUIS FELIPE MORENO GODOY,         :

                Defendants.       :

------------------------------------x

   Upon the application of the United States of America, by and through Assistant United States Attorney Brendan R. McGuire, it is hereby

   ORDERED that Indictments 07 Cr. 354 and S1 07 Cr. 354, which have heretofore been sealed, are hereby unsealed.

Dated: New York, New York
       June 22, 2007

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

                              DOUGLAS F. EATON
                         UNITED STATES MAGISTRATE JUDGE
                         SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 2 2007