UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                                                       :     HON. JED S. RAKOFF
                                                                       :
          -against-                                              :     NOTICE OF MOTION
                                                                       :
MONZER AL KASSAR,                                 :     07 CR. 354 (JSR)
TAREQ MOUSA AL GHAZI, and              :
LUIS FELIPE MORENO GODOY              :
                                                                       :
                              Defendants         :
-----------------------------------------------------------------x

### TAREQ MOUSA AL GHAZI NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law, the undersigned, on behalf of defendant Tareq Mousa al Ghazi, will move this court, before the Honorable Jed S. Rakoff, on a date and a time to be determined by the Court, for an order granting the following relief:

   a)   Dismissing the Indictment on the grounds that the Government's undercover "sting" investigation of non-U.S. citizens in foreign countries violated the defendants' right to due process under the Fifth Amendment to the U.S. Constitution;

   b)   In the event the court does not dismiss the indictment, the holding of a pre-trial hearing at which the factual issues related to defendants' due process claim may be examined by the Court;

   c)   Removing surplusage from the indictment; and

   d)   Permitting defendant to file additional, appropriate motions and reply papers, and to join in co-counsel's motions .

                    */s/ Marc Agnifilo*  
Marc Agnifilo, Esq.  
(MA-7195)  
BRAFMAN & ASSOCIATES, P.C.  
767 Third Avenue, 26th Floor  
New York, New York 10017  
(212) 750-7800  

Dated: March 31, 2008

TO:

Honorable Jed S. Rakoff  
Roger Stavis, Esq.  
All assigned AUSAs  
Tareq Mousa al Ghazi

2