UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-                                             **AFFIDAVIT**

MONZER AL KASSAR,                          S3 07 CR 354 (JSR)
TAREQ MOUSA AL GHAZI,
and LUIS FELIPE MORENO GODOY,

                          Defendants.

------------------------------------------------X

STATE OF NEW YORK   )
COUNTY OF NEW YORK ) ss.:

LUIS FELIPE MORENO GODOY, being duly sworn, deposes and says:

1. I am a defendant in the above-referenced case and submit this affidavit in support of the motion to dismiss the indictment based on the misconduct of the Government.

2. I was born in Vina Del Mar, Chile on August 23, 1948. I am a dual citizen of both Chile and Spain.

3. I first met Monzer Al Kassar in Argentina in 1996 and began working as his personal assistant shortly thereafter. As his personal assistant, I lived and worked at Mr. Al Kassar's residence in Marbella, Spain. My duties included assisting him with various business projects and joint ventures in Spain and elsewhere. I worked closely with his attorneys, business partners, tenants, and contractors with regard to the management, leasing and construction at his various real estate properties. I continued to work for Mr. Al Kassar until my arrest in June, 2007.

4. I first met my co-defendant, Tareq Mousa Al Ghazi, when he came to Marbella, Spain, to meet with Mr. Al Kassar in February, 2007. I had neither spoken to him nor heard of him before

that time. I do not speak Arabic.

5. Also in Marbella, Spain in February, 2007, I first met "CS-1," known as "Samir," as well as "CS-2" and "CS-3" who introduced themselves as "Carlos" and "Luis." Unlike "CS-1" who spoke Arabic, I was able to communicate with "CS-2" and "CS-3" in Spanish.

6. On March 28, 2007 during a visit to Marbella, Spain, "CS-2" and "CS-3" told me that they were involved in the cocaine business and offered to sell me a multiple kilo quantity of cocaine. I refused their offer immediately.

7. Since I began working for Mr. Al Kassar in 1996, I have never traveled to or visited the United States.

Dated: New York, New York
       June 10, 2008

Translated to Spanish
By:

*Jordan Fox*
Jordan Fox
Federally Certified Court Interpreter

*Felipe Moreno*
Luis Felipe Moreno Godoy

Sworn To Before Me
this 10th day of June, 2008

ROGER L. STAVIS
Notary Public, State of New York
No. 02ST4912305
Qualified in Westchester County
Commission Expires January 3, 2010

00162302.WPD;1