AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

USA

−v−

AL KASSAR, et al.

**APPEARANCE**

Case Number: 1:07-cr-00354-JSR-1

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Monzer Al Kassar

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/17/2008 | S/ Ira L. Sorken |
| Date | Signature |
| | Ira L. Sorkin                                       IS8884 |
| | Print Name                                     Bar Number |
| | Dickstein Shapiro, LLP, 1177 Ave of the Americas |
| | Address |
| | New York            NY            10036 |
| | City                    State            Zip Code |
| | (212) 277-6576        (212) 277-6501 |
| | Phone Number            Fax Number |