AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

USA

        –v–

AL KASSAR, et al.

**APPEARANCE**

Case Number: 1:07-cr-00354-JSR-1

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Monzer Al Kassar

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/17/2008 | S/Nicole Wrobleski |
| Date | Signature |
| | Nicole Wrobleski     NW0902 |
| | Print Name     Bar Number |
| | Dickstein Shapiro, LLP, 1177 Ave of the Americas |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 277-6589    (212) 277-6501 |
| | Phone Number    Fax Number |