AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

USA

-v-

AL KASSAR, et al.

**APPEARANCE**

Case Number: 1:07-cr-00354-JSR-1

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Monzer Al Kassar

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/17/2008 | S/Shirley O. Saed |
| Date | Signature |
| | Shirley O. Saed — SS2894 |
| | Print Name — Bar Number |
| | Dickstein Shapiro, LLP, 1177 Ave of the Americas |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 277-6687 — (212) 277-6501 |
| | Phone Number — Fax Number |