AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

USA

−v−

AL KASSAR, et al.

APPEARANCE

Case Number: 1:07-cr-00354-JSR-1

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Monzer Al Kassar

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/25/2008 | s/Elliott Stein |
| Date | Signature |
| | Elliott Stein — ES9356 |
| | Print Name — Bar Number |
| | Dickstein Shapiro, LLP, 1177 Ave of the Americas |
| | Address |
| | New York   NY   10036 |
| | City   State   Zip Code |
| | (212) 277-6698   (212) 277-6501 |
| | Phone Number   Fax Number |