**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------- X
UNITED STATES OF AMERICA                       :
                                               :
    -against-                                  :   Hon. Jed S. Rakoff
                                               :
MONZER AL KASSAR,                              :   S3 07 Cr. 354 (JSR)
TAREQ MOUSA AL GHAZI, and                      :
LUIS FELIPE MORENO GODOY                       :
                                               :
                         Defendants.           :
------------------------------------------------------------- X
```

## <u>NOTICE OF MOTION FOR RULE 15 DEPOSITIONS</u>

PLEASE TAKE NOTICE, that on behalf of defendants Monzer Al Kassar, Tareq Mousa Al Ghazi, and Luis Felipe Moreno Godoy (collectively, "Defendants"), the undersigned counsel will move this Court, at a session to be held before the Honorable Jed S. Rakoff, at the Moynihan Federal Courthouse, located at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order granting Defendants' motion to take the depositions of Jose Villarejo, Assuman Munyantore, and Juan Manuel Rodriguez pursuant to Rule 15 of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        July 7, 2008


                                Respectfully submitted,

                                DICKSTEIN SHAPIRO, LLP

                                By:

                                    Ira Lee Sorkin
                                    Nicole DeBello
                                    Elliott Z. Stein
                                    *Attorneys for Monzer Al Kassar*
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Tel. (212) 277-6500
                                    Fax  (212) 277-6501

To:
Honorable Jed S. Rakoff
Roger Stavis, Esq.
Marc Agnifilo, Esq.
AUSA Boyd Johnson
AUSA Leslie Brown
AUSA Brendan McGuire

DOCSNY-317350v01