UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MONZER AL KASSAR,
TAREQ MOUSA AL GHAZI, and
LUIS FELIPE MORENO GODOY,

        Defendant.

: **ECF CASE**

: **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

:

  **S3 07 Cr. 354 (JSR)**

:

:

TO:    Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance and the appearance of Boyd M. Johnson III in this case for the United States, in addition to Leslie M. Brown, and to add both him and Boyd M. Johnson III (Boyd.Johnson@usdoj.gov) as Filing Users to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

                          by: /s/ Brendan R. McGuire
                             Brendan R. McGuire
                             Assistant United States Attorney
                             (212) 637-2220