# EXHIBIT D

**DRAFT TRANSCRIPT**

CASE: UNITED STATES v. MONZER AL KASSAR, et al.

CALL NO.: N73, CALL ONE

TIME: 10:59 A.M.

DATE: APRIL 18, 2007

TEL. NO.: UNKNOWN

PARTICIPANTS: CONFIDENTIAL SOURCE TWO (CS 2)
MONZER AL KASSAR

ABBREVIATIONS:
[U/I] = Unintelligible in English
[I/I] = Unintelligible in Spanish
[PH] = Phonetic Spelling
// = Voices Overlap

[Translator's Note: words spoken in English in the original conversation have been italicized; Mr. Al Kassar is not a native speaker of Spanish and his portions of the conversation have been translated into standard English for purposes of clarity]

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| CS 2 | How are you doing? | ¿Cómo está usted? |
| AL KASSAR | Fine, fine. I just [U/I] our friends to call you. | Bien, bien. Acabo [I/I] estos amigos para llamarte. |
| CS 2 | OK, OK. I called our friend to, to see if... my... my... // | Sí, sí. Yo llamé al amigo para, para ver si... el... el... // |
| AL KASSAR | // Yes, what is it? | // Sí, dime. // |
| CS 2 | // ...my boss, the boss's boss wants to... wants to send | // ...el jefe mío, el jefe jefe quiere... quiere mandar a |

| | | |
|---|---|---|
| | somebody to talk with your... with your driver next week. | alguien para platicar con tu... con el chófer la otra semana. |
| AL KASSAR | All right. | Vale. |
| CS 2 | And after that happens, he said that you'll have everything in your account, all right? I don't know... // | Y después de eso, dice que ya tú tienes todo en tu cuenta, ¿verdad? No sé... // |
| AL KASSAR | // Right, but... listen, the guy who... when he comes here, he's going to want to get paid. | // Sí, pero... oye, el hombre que... cuando viene acá quiere cobrar. |
| CS 2 | Yeah, I... // | No, yo... // |
| AL KASSAR | // And get paid, too. He's not coming here to talk. // | // Y para cobrar también. No viene para hablar. // |
| CS 2 | Yeah, I know, I know. Uh, that's what I was telling him. And he told me that he just wanted to be sure that everything was going all right. He's sure... the problem is that those guys don't know who you are and I don't want to tell them who you are. That's the problem... // | No, yo sé, yo sé. Eh, eso es lo que yo le estaba explicando a él. Y me dijo que él sólo quiere estar seguro que ya todo esté bien. Él está seguro... el problema es que ellos no saben quién tú eres, y yo no les quiero decir quíen tú eres. Eso es el problema... // |
| AL KASSAR | // All right, so how, uh, so how does that leave us right now? | // Vale, ¿pero entonces, eh, entonces cómo quedamos ahora? |
| CS 2 | Uh... he wants to send that person. I'm not going to go. Uh, if you don't want to do it there, he could go anywhere, sit down... // | Eh... él quiere mandar a esa persona. Yo no voy a ir. Eh, si tú no quieres estar allí, él puede llegar a qualquier parte, sentarse... // |
| AL KASSAR | // No, no, no, no, no! I'm | // ¡No, no, no, no, no! Voy a |



| | | |
|---|---|---|
| | going to go back with... no, no, no. I'm going to be close to where the, uh, mechanic is. | volver con... no, no, no. Yo voy cerca donde el, eh, mecánico. |
| CS 2 | *OK.* | *OK.* |
| AL KASSAR | [U/I] I'll be nearby, so he can go back with him, he can go back. Just tell me what day we should go back. And there's something else. What day are we going to have to go back? Who's going to come? And after that, how long will it take for the mechanic to get paid? | [I/I] voy cerca, entonces él puede volver con él, puede volver. Dime para qué día para volver. Una cosa, para qué día para volver y quién va a venir y después, y cuánto tiempo el mecánico va a cobrar. |
| CS 2 | Yeah, I know. He, he, he's going to let you know there because he also, he also is/has a little... he's going to make a call and I guess that after he makes that call... // | Sí, yo sé. Él, él, él va a decir allí porque él también, él también tiene un poco de, de... él va a hacer una llamada y yo me imagino que después de esa llamada... // |
| AL KASSAR | // All right. | // Vale. |
| CS 2 | All right. So I'll be giving you a call... // | Vale. Entonces yo te estoy llamando... // |
| AL KASSAR | // *OK.* Are you going to come with him? | // *OK.* ¿Tú vas a venir con él? |
| CS 2 | No, I'm not going to go there with him. Uh, I'm going to call you on, um, Monday... I think he'll probably get there sometime between Wednesday and Thursday, but then I'll call you on Monday to confirm. | No, no voy a llegar con él. Eh, yo te voy a llamar el, um, lunes... yo creo que él estará llegando entre miércoles y jueves, pero yo te llamo lunes para confirmar. |
| AL KASSAR | Call me on Monday to confirm... to confirm with me | Llámame el lunes para conformar... para |

| | | |
|---|---|---|
| | that I should go back with the mechanic [U/I] go back when your friend comes. | conformarme que vuelve con el mecánico [I/I] volver cuando viene tu amigo, |
| CS 2 | *OK*. Perfect. | *OK*. Perfecto. |
| AL KASSAR | But he's not coming just to talk, please, OK? | Pero no viene para palabra sólo para hablar, por favor, ¿ah? |
| CS 2 | No, no, no... // | No, no, no... // |
| AL KASSAR | // [U/I] man... // | // [I/I] hombre... // |
| CS 2 | // Right. | // Sí. |
| AL KASSAR | The mechanic's going to say... he's going to stay here for a day or two to get paid. | El mecánico va a decir... va a quedar aquí un día o dos días para cobrar. |
| CS 2 | I know, I know. And that's... that's what I've been explaining to, to, to my friend. | Yo sé, yo sé. Yo eso lo... eso lo estoy explicando yo al, al al, amigo mío. |
| AL KASSAR | All right then. | Vale, entonces. |
| CS 2 | *OK*. | *OK*. |
| AL KASSAR | All right. | Vale. |
| CS 2 | All right. *OK*. | Vale. *OK*. |
| AL KASSAR | All right, talk to you later. Bye. | Vale, hasta luego. Chao. |
| CS 2 | *Bye*. | *Bye*. |
| | [END OF THE CALL] | [FIN DE LA LLAMADA] |
| CS 2 | *The call that I received was from Monzer and the time is 10:59 in the morning. The* | *The call that I received was from Monzer and the time is 10:59 in the morning. The* |

*date is 4.18.2007.*

*date is 4.18.2007.*