# EXHIBIT I

| From: | "Christos" <christos@seapower.com.cy> |
|---|---|
| To: | <felipemarbella@hotmail.com> |
| Sent: | Friday, May 25, 2007 3:18 AM |
| Attach: | MV Anastasia docs.pdf; MV Anastasia Initial.pdf; Blacklist MV ANASTASIA Documents.pdf |
| Subject: | FW: M/V ANASTASIA |

DEAR FELIPPE
Please pass this mcg to our friend.
Dear friend can you help us for the vessel is going to gives us the service.
On this email you can find all the correspond with the law office at lattakia pls can you call this office
To clarify this matter we have with the port authority
If we finish this soon we can send the ship for the service for the date you ask me
 We do all the nessesary to get out the ship from the arab black list
If you need more information pls call me
Best regards
Captain christos

**From:** PILOT [mailto:pilsco@pilotshipping.com]
**Sent:** Thursday, May 24, 2007 6:27 PM
**To:** christos@seapower.com.cy
**Subject:** M/V ANASTASIA

**Dear Capt. Ghristo,**

**Pls find attached all documents regarding that case and bellow the last message where we have stuck – C – (Legalizations in Liberia).**
**They do not regognize the certification by Liberia Consulate.**
**Also pls find the e-mail you have requested:** felipemarbella@hotmail.com

**QUOTE**

We refer to your e-mail below .

Please be advised of the following :

 **1-Usually ,** POA and undertaking should be notarized in the country where vessel owners company is registered as we advised Mr. Yannis before (pls refer to our e-mail dated 16/4/2007)

 **2 –** As Capt. George who signed the documents resides in Greece and in order to avoid him travelling to Liberia, we suggest the way of certification mentioned in our e-mail dated 18/4/2007 and we have attached certified documents for similar case .

**3 –** So docuemnts need to be
             A -notarized by Notary Public in Greece who should attest the following ( this way of certification is called  Apostle in Greece )
**"Capt. George Kaspolou has signed the undertaking attached hereto in my presence. I furthermore do hereby certify that, the aforesaid is duly authorized to sign said undertaking for and behalf of SCORPIOS NAVIGATION INC, And that his capacity entitles him to sign this undertaking."**

             B - Certified by Liberian Consulate in Greece
             C - After this , documents should be sent to Liberia to complete
             Legalizations by  Maritime Affairs Bureau ( who should attest that this company is non- resident company

registered in Liberia ) and at the end by the Lebanese Embassy ( pls refer to our e-mails of 18-19/4/2007 ).

Then documents should be forwarded to our office in Syria .

We hope this summary will answer all your inquiries.

Best regards
Omar Haroun
Raja & Omar Haroun Law Firm
Raja Haroun's Building
P.O Box : 150
Baghdad Str. , Lattakia - Syria
Tel : +963 ( 41 ) 360 060 / 1 / 2
Fax : +963 ( 41 ) 360 064 / 5
E-mail : HYPERLINK "mailto:rohroun@scs-net.org"rohroun@scs-net.org
E-mail : HYPERLINK "mailto:roharoun@mail.sy"roharoun@mail.sy
**UNQUOTE**

**Best Regards**
**Capt.George Kasapoglou**

**PILOT SHIPPING CO**
**90, 26th October Str.**
**Office B 506 - "Porto Center"**
**546 27 Thessaloniki**
**Greece**
**Tel.: +30 2310 550623 / 550455**
**Fax: +30 2310 566735**
**email: pilsco@pilotshipping.com**


No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.467 / Virus Database: 269.7.7/816 - Release Date: 5/23/2007 3:59 PM