# EXHIBIT G

N-87
5-12-07

# DRAFT TRANSCRIPT

| | |
|---|---|
| CASE: | UNITED STATES v. MONZER AL KASSAR et al. |
| CALL NO.: | N-87 |
| TIME: | 10:00 AM |
| DATE: | MAY 20, 2007 |
| TEL. NO.: | 34 61 0477692 |
| PARTICIPANTS: | FELIPE MORENO<br>CS |
| ABBREVIATIONS: | [U/I] = Unintelligible in English<br>[I/I] = Unintelligible in Spanish<br>[PH] = Phonetic Spelling<br>// = Voices Overlap |

[Translator's Note: words spoken in English in the original conversation have been italicized]

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [The telephone rings] | [Timbra el teléfono] |
| MORENO | Hello. | Aló. |
| CS | Hello. | Aló. Hola, amigo. |
| MORENO | Hey, how are you doing, buddy? How are you doing? | Ey, ¿cómo estás, mi hijo? ¿Cómo está usted? |
| CS | Fine, fine. | Bien. Bien. |
| MORENO | It's been so long! | ¡Tanto tiempo! |
| CS | Well, yeah. I've been dealing with these headaches, but I've got everything practically all worked out. | Ay, sí. Aquí con dolores de cabeza, pero ya casi todo arreglado. |

1

| | | |
|---|---|---|
| MORENO | But all worked out because our friend had to go away on urgent business because they had been calling him, you know, you guys had agreed to call us on around Thursday of last week. | Pero solucionado porque el nuestro amigo tuvo que viajar urgente porque lo estaban llamando, como ustedes habían quedado de llamar el día jueves, más menos, la semana pasada. |
| CS | Uh huh. | Ujúm. |
| MORENO | So our friend had to leave urgently to meet with them in person and give them explanations, who knows what, but he'll be coming back. | Entonces, nuestro amigo tuvo que viajar urgente para ir a poner la cara y dar explicaciones, qué sé yo, pero ya volverá. |
| CS | Uh... Do you... do you have a phone number where I could reach him? | Eh... ¿A él... un número de teléfono que lo pueda llamar a él? |
| MORENO | Look, I don't know. I'd have to get in touch with him in order to... to let him know, ah? But [U/I] how we're going to do this. | Mira, no sé. Tendría yo que comunicarme con él para... para decirle, ¿ah? Pero [I/I] cómo lo hacemos. |
| CS | I'm... look... // | Yo estoy... mira... // |
| MORENO | // Uh... // | // Eh... // |
| CS | // ...I'm leaving today for Panama, and, uh... if you like, I could call you tomorrow from Panama and you could... // | // ... yo estoy viajando hoy para Panamá, y, eh... si quieres, te llamo mañana de Panamá y me... // |
| MORENO | // Right. // | // Ya. // |
| CS | // ... and you could give me a phone number so I can... / | //... y me das un número de teléfono para que lo...// |
| MORENO | // But tell me something... tell | // Pero cuéntame... cúentame |

2

3800

|  |  |  |
|---|---|---|
|  | me a little bit about how everything is going, just in case I do get to talk to him. What's going on? | un poco por si converso con él, cómo están las cosas. Cuéntame. |
| CS | Uh huh. I wanted to know when he was going to be in Rumania. | Ajá. Yo quería saber cuándo él va a estar allá por Rumania. |
| MORENO | Uh... now. | Eh... ahora. |
| CS | He's there now? | ¿Él está ahora por allá? |
| MORENO | Sure, he left, um, to go there... to... to give [them] explanations, but he might be coming back today. I'm not too sure about that. | Claro, se fue, pues, para allá... para... para dar explicaciones, pero ya volvería hoy día posiblemente. No lo tengo claro. |
| CS | Listen, when could you... // | Oye, ¿cuándo puedes... // |
| MORENO | // I haven't talked to him today. | // No he hablado con él hoy día. |
| CS | But when is he going to be back there? | ¿Y cuándo vuelve a llegar por allí? |
| MORENO | Uh... maybe today. Possibly even tonight, late, I'm not too sure. I haven't talked to him today... // | Eh... posible que hoy día. Posible hoy día en la noche, tarde, no lo tengo claro. No he hablado con él hoy... // |
| CS | // No, no, no, no, no, no... // | // No, no, no, no, no, no... // |
| MORENO | // ...we talked yesterday, you know. // | // ...hablé ayer, es. // |
| CS | // I know... I... what I'm saying is, when is he going to be going back there, to Rumania? | // Yo sé... yo... yo te digo, ¿cuándo él vuelve a regresar allá por Rumania? |

3

3801

| | | |
|---|---|---|
| MORENO | I don't know. He's there right now. I don't know when he's going back. Why? What is it? What is it that you [U/I]? | No lo sé. Está ahora allí. No sé cuando vuelva. ¿Por qué? Cuéntame, ¿qué es lo que te [I/I]? |
| CS | Well, there's an... there's an amount of... of... of papers that... that I want to... // | Es que hay un... hay una cantidad de... de... de papeles que... que se los quiero... // |
| MORENO | // Right. // | // Ya. // |
| CS | // ...to give to him, and they're over there, nearby. So, you know... // | // ... dar a él, y están por allí cerca. Y entonces... // |
| MORENO | // But that's good. Send them. | // Y bueno. Mándalos. |
| CS | So, you know, I wanted to send him... // | Y entonces, quería yo mandarlo... // |
| MORENO | // How much? | // ¿Qué cantidad? |
| CS | It's approximately three point five in, uh, in... in your... in your stuff. In... in... in European. | Son aproximadamente tres punto cinco en, ah... en... en lo... en lo tuyo. En... en los... en europeo. |
| MORENO | But big ones? | ¿En grande? |
| CS | Yeah. | Sí. |
| MORENO | Really big ones? | ¿En grande grande? |
| CS | Yeah. Really big ones. | Sí. En grande, grande. |
| MORENO | All right. Uh, three point five K? | Vale. ?Eh, tres coma cinco M? |
| CS | Uh, yeah. | Eh, sí. |

4

3802

| | | |
|---|---|---|
| MORENO | All right. | Vale. |
| CS | Euros. | Euros. |
| MORENO | Uh, yeah. Right. So... so then when would you be able to get them over here [U/I]? | Eh, sí. Correcto. ¿Y... y cuándo los podrías tener por aquí [I/I]? |
| CS | Well... it's just that... it's... that's the exact problem I'm having. It's, uh... it's hard for me to get over to where you are. That's why I'm... // | Ve... es que... me es... eso es todo el problema que tengo. Que esto, eh... me es difícil llegar allí donde tú estás. Por eso te estoy... // |
| MORENO | // So where can you get to? | // ¿Y dónde puedes llegar? |
| CS | That's why I was asking when he was going to be over there near, uh... near, uh... back to where he is again. | Por eso estaba preguntando cuándo él va a estar por allá por, ah... por, ah... por donde él está otra vez. |
| MORENO | Look, I'm going to try to... to locate him. | Mira, yo voy a tratar de... de ubicarlo. |
| CS | Uh huh. | Ajá. |
| MORENO | So he can give you a call. Where should he call you? On... on the one he always calls you? | Para que te llame. ¿A dónde te llama? ¿Al... al de siempre? |
| CS | But the problem is that I'm going out of town. I'm about to leave. | Pero el problema es que yo voy de viaje. Yo estoy saliendo. |
| MORENO | Oh. | Ah. |
| CS | Today. | Hoy. |
| MORENO | So when could he call you? | ¿Y cuándo te puede llamar? |
| CS | He could call me as of tomorrow. | Él me puede llamar a partir del día de mañana. |

5

3803

| | | |
|---|---|---|
| MORENO | Oh, uh... in the morning, oh, perfect... // | Ah, eh... en la mañana, oh, perfecto... // |
| CS | // Yeah, but you know that I'm going to be in... in Panama. If you like, as soon as I get to Panama and have a phone number in Panama, I'll send you an *email*. | // Sí, pero tú sabes que yo voy a estar en... en Panamá. Si quieres, cuando yo llegue a Panamá y tenga un número de teléfono de Panamá, te envío un *email*. |
| MORENO | Perfect. Perfect. And I'll tell him to... to give you a call. // | Perfecto. Perfecto. Y yo le digo que... que te llame. // |
| CS | // But what... // | // ¿Y qué...? // |
| MORENO | Uh, give me a price, he... he said, yes, that you were going to show up over here with some papers, and... and that it was a done deal. He's still working on that basis. So by when do you think? | Eh, dame un precio, él... él me dijo que sí, que tú ibas a llegar con algo de papeles por aquí, y... y darlo por hecho. Sigue preparando ese tema. ¿Para cuándo crees tú? |
| CS | Uh, more or less, uh... in one or two weeks, but... but that's why I wanted to know whether he was going to be there today... or whether you... // | Eh, más o menos, eh... de una o dos semanas, pero... pero por eso quería saber si él iba a estar allá hoy... o si tú... // |
| MORENO | // Yeah, yeah, yeah. Yeah, no problem. He's going to be here. No problem. | // Sí, sí, sí. Sí, no hay problema. Va a estar aquí. No hay problema. |
| CS | No, no. Over where he is right now. | No, no. Allá por donde él anda ahorita. |
| MORENO | Oh, no. That I don't... That I don't know... that I couldn't tell you, whether or not he's going to leave it with them that he's going back there. He's going to be back here as | Ah, no. Eso no. Eso no lo... lo sé... eso no te lo puedo decir, si va a quedar de acuerdo en volver o no. Él va estar aquí a partir de hoy día. |

6

3804

|        |                                                                                                                                                 |                                                                                                                                               |
|--------|-------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------|
|        | of today.                                                                                                                                       |                                                                                                                                               |
| CS     | All right, but if he does agree with them that he'll go back there, then we could meet up over there and see if we could... if we could give that to the government or figure out what else we could do. | Bueno, si él queda de acuerdo en volver, para que nos veamos por allá y ver si... si eso se le puede entregar al gobierno o a ver qué podemos hacer. |
| MORENO | Right.                                                                                                                                          | Ya.                                                                                                                                           |
| CS     | You know?                                                                                                                                       | ¿Verdad?                                                                                                                                      |
| MORENO | All right. All right, so then tomorrow you're going to send me an email... //                                                                   | Vale. Vale, y entonces, tú mañana me mandarías un mail... //                                                                                  |
| CS     | // With the phone number... //                                                                                                                  | // Con el número de teléfono... //                                                                                                            |
| MORENO | // ...and give me the number... //                                                                                                              | //... para darme el número... //                                                                                                              |
| CS     | // ...of... of... //                                                                                                                            | // ...de... de... //                                                                                                                          |
| MORENO | // ... give me the number of where you're going to be so that he can call you.                                                                  | // ... darme el número de donde vas a estar para que te llame.                                                                                |
| CS     | That's right.                                                                                                                                   | Exacto.                                                                                                                                       |
| MORENO | All right, so I think he'll be here by tomorrow.                                                                                                | Entonces, yo pienso que mañana él va a estar aquí.                                                                                            |
| CS     | Perfect. So then, uh... that way... that way at least I'll be somewhat relieved because that amount is already over there nearby.               | Perfecto. Así, ah... así ya... ya por lo menos ya puedo tener un poco de descanso porque ya está esa cantidad por allí cerca.                 |
| MORENO | OK. All right, but do you mean near here, over where I                                                                                          | Vale. Bueno, ¿pero por allí cerca de aquí de donde yo                                                                                         |

7

3805

| | | |
|---|---|---|
| | live? Or over there near... // | vivo? O por allí cerca de... // |
| CS | // No, no, no, near... over there, near where he is right now. | // No, no, no, cerca... cerca de allá donde él anda. |
| MORENO | Over there, [U/I]. All right. Listen, uh, another question. So nothing's going on right now transfer-wise? You can send it to whichever one, to number one or number two, and in dollars or in euros, all right? That was one of the things he told me, ah? | De allá, [I/I]. Vale. Oye, ah, otra pregunta. ¿De transferencias, nada por ahora? Pueden mandar igual a la uno o a la dos y en dólares o en euros, ¿vale? Fue una de las cosas que me dijo, ¿ah? |
| CS | Oh... OK. The... that's the problem, the... the... the... the accounts that they've been using, uh... I... I didn't like them because they had made... // | Oh.. OK. El... ese es el problema que... que... que las... las cuentas que ellos están utilizando, eh... no... no me gustaron porque ellos habían hecho... // |
| MORENO | // All right. // | // Vale. // |
| CS | // ... some transfers and I stopped that because if not, uh... I've been trying to... to make sure that everything turns out OK, and I don't end up having any mishaps with any of this. | // ...unas tranferencias y yo paré eso porque si no, eh... yo estoy tratando que... que todo quede bien y no vaya a ser de que me vaya a salir algo mal por allí. |
| MORENO | All right. | Vale. |
| CS | OK? | ¿OK? |
| MORENO | All right. | Vale. |
| CS | You know, you have to try to under... // | Porque trate de enten... // |

8

3806

| | | |
|---|---|---|
| MORENO | // All right. But as I said, you have these two possibilities open to you, OK? | // Vale. Pero igual, están al abierto las dos posibilidades, ¿OK? |
| CS | All right. | Vale. |
| MORENO | Just so you know, ah? | Para que sepas, ¿ah? |
| CS | Perfect. | Perfecto. |
| MORENO | Hm? Both of the accounts. Listen, uh... what else...? How did it go for you with those books? Were you able to get the three books? | ¿Hm? Las dos cuentas. Oye, eh... ¿qué otra cosa...? ¿Cómo te ha ido con los libros esos? ¿Pudiste conseguir los tres libros? |
| CS | I have to talk to him about that, too. I mean, think about it, he has to come to place his, uh... what's it called? Uh, his print. | De eso necesito hablar también con él. Porque fíjate que tiene que venir él a poner, eh... ¿cómo se llama? Eh... el dedo. |
| MORENO | Right. | Sí. |
| CS | His print. | El dedo. |
| MORENO | All right. | Vale. |
| CS | Because without it, it won't get... it won't get... it won't get registered, do you understand what I'm saying? | Porque si no, no queda... no queda... no queda registrado, ¿me entiendes? |
| MORENO | Right, I understand. | Correcto. Entiendo. |
| CS | Because... // | Porque... // |
| MORENO | // I understand. // | // Entiendo. // |
| CS | // ...that's what I have to talk to him about. I was told that unless he wanted somebody else to place a print for him. | // ...eso necesito hablar con él, que me dijeron a menos que él quiera que otra persona ponga el dedo por |

9

3807

| | | |
|---|---|---|
| | | él. |
| MORENO | Uh... [U/I] | Eh... [I/I] |
| CS | [he laughs] | [se ríe] |
| MORENO | All right? | ¿Vale? |
| CS | Do you understand? | ¿Me entiende? |
| MORENO | Uh, maybe it would be... maybe it would be easier so that... it's all really, really, really clear. | Ah, por que a lo mejor sale... a lo mejor sale más fácil para que... tenerlo todo claro, claro, claro. |
| CS | Well, that's for him to decide. He's going to have to let me know. If he wants to come to place his print... // | Bueno, eso ya es cosa de él. Él me tendría que decir. Si él quiere venir a poner el dedo... // |
| MORENO | // Right, but there are those specific possibilities, they're completely set up and everything. | // Correcto, pero están la posibilidades exactas, corren y todo. |
| CS | Everything's... everything's all set. The only thing... that they asked me about was the print. | Está... está todo hecho. Lo único... me preguntaron el dedo. |
| MORENO | All right. OK. | Vale. OK. |
| CS | OK? | ¿OK? |
| MORENO | OK. | OK. |
| CS | Do you understand which print he has to place, right? | ¿Me entiendes cuál es el dedo que tiene que poner, sí? |
| MORENO | Right. Yeah, yeah. Right. | Ya. Sí, sí. Correcto. |
| CS | [he laughs] | [se ríe] |

10

3808

| | | |
|---|---|---|
| MORENO | [U/I] All right. Listen, is there anything else? Tell me about more stuff. Do you need anything else? Is everything OK over by you? | [I/I] Vale. Oye, ¿alguna otra cosa más? Cuéntame más cosas. ¿Necesitas algo más? ¿Todo bien por tu lado? |
| CS | Nothing. I don't need anything else. What I need is what we discussed and I need to deliver that to them so I can get rid of this headache and the tension that I have. | Nada. No necesito nada más. Necesito lo que habíamos hablado y necesito entregarles eso para yo quitarme el dolor de cabeza que tengo y la tensión que tengo. |
| MORENO | Right. | Ya. |
| CS | And the pressure I have and after that... // | Y la presión que tengo y después de eso... // |
| MORENO | // Right. // | // Ya. // |
| CS | // ...maybe I could... // | // ... a ver si... // |
| MORENO | // The... the last time he talked to you, you said you'd be coming over here, that you would be calling on Thursday to let us know when you were coming. // | // La... la última vez que habló él contigo, dijiste tú que venías por aquí, que ibas a llamar el día jueves para decir cuando venías. // |
| CS | // The... / | // Es... // |
| MORENO | // When were you planning on coming here? This is something he might ask me when he calls, hm? | // ¿Cuándo tienes planes para venir? Cosa que me puede preguntar por teléfono, ¿hm? |
| CS | But that's why I was asking whether in something like a... a week or two... two weeks more or less, if he was going to be over there where... because it would be easy for | Es que por eso estaba preguntándole si él más o menos dentro de una... una o de unas dos semanas... dos semanas aproximadamente, él va a estar allí donde... |

11

3809

|  |  |  |
|---|---|---|
|  | me to bring him all of the papers over to where he is. Over to where he is... // | porque me es fácil llevarle la papelería allí donde él está. Allí donde él está... // |
| MORENO | // OK. // | // Ya. // |
| CS | // ... right now. // | // ... paseando ahorita. // |
| MORENO | // Right, I understand. | // Ya, entiendo. |
| CS | So I would go to meet with him over there. | Entonces, yo iría a juntarme con él allí. |
| MORENO | OK. | Ya. |
| CS | OK? | ¿Verdad? |
| MORENO | OK, [U/I]. | Ya, [I/I]. |
|  | [they both speak simultaneously] | [ambos hablan simultáneamente] |
| MORENO | // All right. I'm going to... I'm going to ask... // | // Vale. Voy a... voy a preguntar... // |
| CS | And to settle this... // | Y a arreglar... // |
| MORENO | [U/I] | [I/I] |
| CS | // ... settle this somehow... settle this somehow so those papers can be delivered somewhere. I don't know whether... // | // ...arreglar alguna manera... arreglar alguna manera para que esa papelería llegara a algún lado. No sé si... // |
| MORENO | // Right. // | // Ya. // |
| CS | // ...but they're there... // | // ...pero está por allí... // |
| MORENO | // Right. // | // Ya. // |
| CS | // ...in the area over there. | // ... en esa área de allí. |

12

| | | |
|---|---|---|
| MORENO | All right. OK, I... I told you already. He went there to... to give some sort of explanation and to meet with them personally. We've been apart from each other for these three days; he went by himself. And I stayed here because... because of something else which I had to see to... and he told me he had resolved it somewhat with his explanations, but in any case, [U/I] it also changes the... all of the plans the... the people at the factory had, do you get my drift? | Vale. Bueno, yo... ya te conté. Él fue a... a un poco a dar explicaciones y a poner la cara. Nos separamos en estos tres días, él fue solo. Y yo me quedé acá por... por otra cosa para ver y... y me dijo que lo había arreglado un poco las explicaciónes, pero de todas maneras [I/I] también le cambia a la... a la gente de la fábrica, le cambia toda la... la... la... los planes que ellos tienen, ¿me entiendes la onda? |
| CS | Yeah, yeah. Yeah, I know. But that's... that's what I'm saying, maybe we could deliver that to the factory first and then... // | Sí, sí. Sí, yo sé. Pero por... por eso, a ver si le podíamos entregar eso a la fábrica de primero y después... // |
| MORENO | // I can't tell you anything about what he did on his own. I'm going to have to talk that over with him and then he's going to figure it out and talk it over, and then figure out what those people could do with it, do you know what I mean? | // Lo que hizo aparte, no te lo puedo decir nada. Eso tengo que comentarle a él y él ver y conversarlo, a ver si qué pueden hacer esta gente con ello, ¿me entiendes? |
| CS | No... // | Nada... // |
| MORENO | // And we won't have to go looking for a different route to... to do this... in order to, uh... you know, actually do it, hm? | // Y no hay que buscar otro camino de cómo... de cómo hacerlo para... para poder, eh... eso, realizarlo, ¿hm? |
| CS | OK. That's... // | OK. Eso... // |

13

| | | | |
|---|---|---|---|
| MORENO | // That's... that's what he's going to figure out. That's what he's going to figure out. | // Eso... eso lo verá. Eso lo verá él. |
| CS | Right... // | Ya... // |
| MORENO | // All right, so is there anything else going on with you? I'll be expecting your number tomorrow because it's essential that you talk to him, ah? | // Vale, ¿algo más por tu lado? Espero mañana entonces tu número porque es fundamental para que hables con él, ¿ah? |
| CS | Right. Right. I'll send that out to you tomorrow. First... first thing... // | Exacto. Correcto. Ya mañana mismo te estoy enviando eso. A... a primera hora... // |
| MORENO | // So... // | // Ahora... // |
| CS | // ...in the morning. // | // ... de la mañana. // |
| MORENO | // ...so I'm going to try to locate him. Do you think there would be any chance for him to call you at some place in a few hours? | // ... ahora, yo voy a tratar de ubicarlo, ¿no hay posibilides de que te llame de aquí en un par de horas a algún lugar? |
| CS | The problem is that I'm going to be at the airport and I might be able to pick up and I might not be able to pick up. But give it a try. I'm not going to say no. | El problema es que yo voy a estar en el aereopuerto y a lo mejor te puedo contestar y a lo mejor no te puedo contestar. Pero, prueba. No te digo que no. |
| MORENO | A try. | Prueba. |
| CS | A try. | Prueba. |
| MORENO | Right. It might be possible in a few hours, all right? | Ya. De aquí a un par de horas hay posibilidades, ¿vale? |

14

3812

| | | |
|---|---|---|
| CS | All right. | Vale. |
| MORENO | I don't know. I am going to try to locate him, give him a call and... and... and figure out how he could call you from... from a secure line, understand? | No sé. Si yo voy a tratar de ubicarlo, llamarlo y... y... y ver cómo puede hablar él por... por medio seguro, ¿me entiende? |
| CS | Yeah. But, like I said, I'm running out. As soon as I hang up with you, I'm going to put on my suit and run to the airport. | Sí. Pero como te cuento, voy corriendo. Después de terminar contigo, me pongo mi traje y salgo al aereopuerto corriendo. |
| MORENO | All right. I'm going to try to locate him. It's not for sure, but if I can't, you're going to call me tomorrow anyway and you'll give me a... a secure number... // | Vale. Yo voy a ver si lo puedo ubicar. No es seguro, pero si no, de todas maneras mañana tú me llamas y me das un... un número seguro... // |
| CS | // Right. // | // Sí. // |
| MORENO | All right? | ¿Vale? |
| CS | I'll call you and... and I'll say, "look, check your *email*." And that's where my... my number will be. | Yo te llamo y... y te digo, "mira, chequee el *email*". Y allí va a estar el número de... de... que tengo. |
| MORENO | Perfect, sir. | Perfecto, señor. |
| CS | OK? | ¿OK? |
| MORENO | So... // | Bueno... // |
| CS | // Give my best regards to... // | // Saludos y abrazos... // |
| MORENO | // [U/I] and best regards to the kid and to your other buddy and to everybody, all right? | // [I/I] al niño y al otro hermano y a todos un abrazo, ¿vale? |

15

3813

| | | |
|---|---|---|
| CS | So if we end up meeting over there, I'll bring you some more bottles so we can... so we can... // | Y si nos vemos por allá, te llevo otras botellitas para que... para que... // |
| MORENO | // [U/I] [he laughs] // | // [I/I] [se ríe] // |
| CS | // ...celebrate something. [he laughs] | // ...celebremos algo. [se ríe] |
| MORENO | All right, my friend, best regards. | Bueno, un abrazo, amigo. |
| CS | Thanks. Take good care of yourself. | Gracias. Cuidate mucho. |
| MORENO | All right, bye. | Vale, chao. |
| CS | All right, bye. | Vale, chao. |
| | [END OF THE CONVERSATION] | [FIN DE LA CONVERSACIÓN] |
| CS | *The call that I make was to Felipe. The telephone number is 34 61 0477692. The time is 10:00 AM and the date is 5.20.2007.* | *The call that I make was to Felipe. The telephone number is 34 61 0477692. The time is 10:00 AM and the date is 5.20.2007.* |