# EXHIBIT D

## DRAFT TRANSCRIPT

| | |
|---|---|
| CASE: | UNITED STATES v. MONZER AL KASSAR et al. |
| REC. NO.: | LIVE MEET/N45 - VIDEO CLIP 4 OF 16 |
| TIME: | |
| DATE: | MARCH 26, 2007 |
| TEL. NO.: | LIVE MEET |
| PARTICIPANTS: | CONFIDENTIAL SOURCE 1 (CS 1) |
| | CONFIDENTIAL SOURCE 2 (CS 2) |
| | CONFIDENTIAL SOURCE 3 (CS 3) |
| | MONZER AL KASSAR |
| | FELIPE MORENO |
| | TARIQ AL GHAZI |
| | UNIDENTIFIED MALE (UM) |
| | UNIDENTIFIED FEMALE (UF) |
| ABBREVIATIONS: | [U/I] = Unintelligible in English |
| | [I/I]  = Unintelligible in Spanish |
| | [PH] = Phonetic Spelling |
| | //   = Voices Overlap |

[Translator's Note: words spoken in English in the original conversation have been italicized; some of the participants are not native speakers of Spanish, English or Italian, and those portions of the conversation have been translated into standard English for purposes of clarity]

| | | |
|---|---|---|
| CS 2 | So, uh... there's a fight going on right now because they started taking over plantations of... of... of cocaine. So now... they don't want to stop that business, because you know that business... // | Entonces, eh... ahora está la pelea porque ellos comenzaron a agarrar plantaciones de... de... de cocaína. Entonces ya... ellos ya no quieren soltar ese negocio, porque tú sabes que ese negocio... // |
| MORENO | That's what I had heard about the paramilitaries. | Eso es lo que he escuchado de los paramilitares. |
| CS 2 | So... so now we... the... we finance ourselves with that. | Enton... entonces nosotros no... el... nosotros nos financiamos con eso. |
| MORENO | // The FARC finance themselves, but the FARC aren't producers, are they? | // ¿Las FARC se financian, pero tampoco las FARC producen? // |
| CS 2 | Well, they are, they are. | Bueno, sí, sí. |
| MORENO | Oh, all right. | Ah, bueno. |
| CS 2 | We have the laboratories... // | Nosotros tenemos los laboratorios... // |
| CS 3 | Of course we do! | ¡Cómo no! |
| CS 2 | // ...and that's exactly why we're talking about... about how we want to provide protection and start our attacks. You know, right now with these new Apaches that... that Bush just gave them and he... and he... he made them an offer and then the Apaches arrived... // | // ...y por eso mismo estábamos hablando de... de que nosotros queremos proteger y comenzar a atacar, porque ahorita con los nuevos Apaches que... que... que Bush acaba de dar y de... y de... y ofreció y llegaron los Apaches... // |

| | | |
|---|---|---|
| CS 3 | You know, Uribe... Uribe and Bush are like this. | Tú sabes, Uribe... Uribe y Bush son así. |
| MORENO | They're like this. | Están así. |
| CS 3 | They joined forces. And there's... // | Se aliaron. Y hay de... // |
| MORENO | And now in Mexico. And now the Mexican president... // | Y ahora en México. Y ahora el presidente mexicano... // |
| CS 3 | And Calderon... | Y Calderón... |
| CS 2 | Calderon. | Calderón. |
| CS 3 | Did you hear that Calderon extradited fourteen, uh...? | ¿Viste que Calderón extraditó a catorce, eh...? |
| MORENO | // And that's going to be a strongpoint now for Calderon. | // Ahora Calderón va a estar muy fuerte en eso. |
| CS 3 | // ...drug traffickers like that? | // ...narcotraficantes así? |
| AL KASSAR | [U/I]. | [I/I]. |
| CS 3 | That had never happened before. | Nunca se había visto. |
| CS 2 | Right, but we have Chavez on our side. | Sí, pero nosotros tenemos a Chávez de nuestro lado. |
| CS 3 | [he laughs] Exactly. | [se ríe]. Exacto. |
| MORENO | You have Chavez on your side. | Tienen a Chávez de su lado. |
| AL KASSAR | // [U/I] Chavez? | // ¿[I/I] Chávez? |
| MORENO | // [U/I]. | // [I/I]. |
| CS 2 | Good. | Bien. |
| AL KASSAR | Good? | ¿Bien? |

47

| | | |
|---|---|---|
| CS 3 | Good. | Bien. |
| MORENO | Yours may be really good, but... // | La de ustedes muy bien, pero... // |
| CS 3 | Chavez has the balls of an elephant. | Chávez tiene los huevos de un elefante. |
| | [conversation briefly unintelligible] | [conversación brevemente ininteligible] |
| CS 2 | Right, right... | Sí, sí... |
| CS 3 | Ha! | ¡Eh! |
| CS 2 | // ...in other words, we have Chavez on our side. | //... o sea, tenemos... tenemos a Chávez de nuestro lado. |
| MORENO | So how many FARC members are there? Like twenty thousand, huh? Like thirty thousand? | ¿Y cuántos son las FARC? ¿Son veinte mil, ah? ¿Son treinta mil? |
| CS 3 | No, around... something like seventeen or twenty thousand. | No, como... unos diecisiete o veinte mil. |
| CS 2 | Seventeen... twenty... seventeen thousand men. We're trying to get to twenty thousand men. | Diecisiet... veinte... diecisiete mil hombres; estamos tratando de llegar a veinte mil. |
| MORENO | And... and you have control over an... an area that's more or less the size of Andalucia. It's big. | Y... y más o menos controlan una... un sector que es como Andalucía. Pues es grande. |
| CS 2 | It's... it's a little bigger. In other words, we have the southern front and the northern front. We have two fronts. | Es... es un poquito más. O sea, tenemos el frente sur y el frente norte. Son dos frentes. |

04894

| | | |
|---|---|---|
| MORENO | Oh, but there's nothing in the middle? | Ah, ¿y en el medio no hay? |
| CS 2 | Uh... we have that problem with the paramilitaries. | Eh... tenemos el problema con los paramilitares. |
| MORENO | In the middle? | ¿Al medio? |
| CS 3 | Did you see... did you see when Chavez said to, uh... on camera, at the... over there in the United States... when he was about to... [he sniffs] "The Devil was here." | ¿Tú viste... tú viste cuando Chávez le dijo, eh... en cámara, en el... ahí en Estados Unidos a... cuando iba... [Oliendo] "¡El diablo estuvo acá!" |
| AL KASSAR | Right, right. | Sí, sí. |
| CS 3 | "It smells of sulphur!" [he laughs] | "¡Huele a azufre!" [se ríe]. |
| CS 2 | Right, right, right. | Sí, sí, sí. |
| CS 3 | [U/I]. Right or wrong? | [I/I]. ¿Sí o no? |
| MORENO | Listen, how many paramilitaries are there? | Oye, ¿y los paramilitares, cuántos son? |
| CS 2 | The paramilitaries are made up of approximately ten thousand men. | Los paramilitares son aproximadamente diez mil hombres. |
| MORENO | Plus the government soldiers. | Más los soldados del gobierno. |
| CS 2 | Plus the ones from the government, but there's a problem. The paramilitaries are taking over the control of a lot of plantations and labs. | Más los del gobierno, pero está allí el problema, que los paramilitares se están agarrando el control de muchos sembradíos y laboratorios. |
| | [unintelligible parallel conversation | [conversación paralela ininteligible] |

| | | |
|---|---|---|
| CS 2 | And they like that. Carlos, who used to be the head of the... the... the... the... | Entonces a ellos les está gustando. A Carlos, que era el jefe de... de... de... de... |
| CS 3 | Of the paramilitaries. | De los paramilitares. |
| CS 2 | // ...of the paramilitaries. | // ...de los paramilitares. |
| CS 3 | They're called the "Autodefensas Unidas de Colombia". [United Self Defense Forces of Colombia] | De las "Autodefensas Unidas de Colombia", se llama. |
| CS 2 | Autodefensas Unidas de Colombia. | Autodefensas Unidas de Colombia. |
| CS 3 | Carlos Castaño. | Carlos Castaño. |
| CS 2 | Carlos Castaño. | Carlos Castaño. |
| CS 3 | So do you know why he became a...? Because they killed his father. | ¿Y sabe por qué él se volvió...? Porque le mataron al papá. |
| MORENO | Right. | Ya. |
| AL KASSAR | Do you have a map with you? | ¿Tiene la mapa aquí? |
| CS 3? | Did you bring the map? | ¿Trajiste el mapa? |
| | [loud rustling noise in the background] | [fuerte ruido de roce en el fondo] |
| CS 2 | Uh... | Eh... |
| AL KASSAR | Do you have a map? | ¿Tienes "una" mapa? |
| CS 2 | Yeah, yeah, yeah. | Sí, sí, sí. |
| | [loud rustling and ziper noise] [unintelligible voices] | [ruidos de roce y de cierre]<br><br>[voces ininteligibles] |

| MORENO | This will never come to an end, as long as there's money, as long as there's... | Eso no va a terminar nunca, mientras haya dinero, mientras haya... |
|---|---|---|
| CS 2 | No, no, no. There's... | No, no, no. Hay... |
|  | [unintelligible voices in the background] | [Al fondo: Voces ininteligibles] |
| CS 2 | And, uh... | Y, eh... |
| MORENO | There's a lot of power. | Hay mucho poder. |
| CS 2 | There's a lot of power, there's a lot of money. | Hay mucho poder, hay mucho dinero. |
| MORENO | There's a lot of money involved. | Hay mucha plata por medio. |
| CS 2 | The paramilitaries... | Los paramilitares... |
| MORENO | There's a lot of money, this is not about political ideology. | Hay mucho dinero, no es ideología política. |
| AL KASSAR | Where? | ¿Dónde? |
| CS 2 | No, no, no, no. In addition to that, the paramilitaries, they obtained money from drugs. | No, no, no, no, no no. No. Y aparte es los paramilitares, que ellos agarraron dinero con drogas. |
| AL KASSAR | Where? | ¿Dónde? |
| CS 2 | We finance ourselves with drugs so we can buy weapons and maintain our troops. | Nosotros nos financiamos con drogas para comprar armas y para mantener nuestras tropas. |
| AL KASSAR | // Where? Where? | // ¿Dónde? ¿Dónde? |
| CS 3 | // It's a guerilla... I have a... // | // Es una guerrilla... yo tengo un... // |
| AL KASSAR | Where's the...? | ¿Dónde está el...? |