UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

       Plaintiff,

 -against-

MONZER AL KASSAR, a/k/a "Abu Munawar,"
a/k/a "El Taous, TAREQ MOUSA AL GHAZI
and LUIS FELIPE MORENO GODOY,

       Defendants.
------------------------------------------------------------------X

ORDER

S3 07 CR 354 (JSR)

UPON DUE CONSIDERATION IT IS HEREBY ORDERED:

That in connection with his representation in the above captioned case, Marc Agnifilo be permitted to bring his Blackberry device into the U.S. Courthouse at 500 Pearl Street.

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.

8-5-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08

00167627.WPD;1