UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                      <u>ORDER</u>

     -against-

                                              S3 07 CR 354 (JSR)

MONZER AL KASSAR, a/k/a "Abu Munawar,"
a/k/a "El Taous, TAREQ MOUSA AL GHAZI
and LUIS FELIPE MORENO GODOY,

                Defendants.
------------------------------------------------------------X

        UPON DUE CONSIDERATION IT IS HEREBY ORDERED:

        That in connection with his representation in the above captioned case, Roger L. Stavis be permitted to bring his Blackberry device into the U.S. Courthouse at 500 Pearl Street.

        SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.

8-5-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08

00167627.WPD;1