UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                  ORDER

    -against-

                                                                 S3 07 CR 354 (JSR)

MONZER AL KASSAR, a/k/a "Abu Munawar,"
a/k/a "El Taous, TAREQ MOUSA AL GHAZI
and LUIS FELIPE MORENO GODOY,

                        Defendants.
-----------------------------------------------------------------X

UPON DUE CONSIDERATION IT IS HEREBY ORDERED:

That in connection with her representation in the above captioned case, Nicole DeBello be permitted to bring her ~~his~~ Blackberry device into the U.S. Courthouse at 500 Pearl Street.

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.

8-05-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED 8-5-08

00167627.WPD;1