UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA                  :
                                          :
    -against-                             :  Hon. Jed S. Rakoff
                                          :
MONZER AL KASSAR,                         :  S3 07 Cr. 354 (JSR)
TAREQ MOUSA AL GHAZI, and                 :
LUIS FELIPE MORENO GODOY                  :
                                          :
                 Defendants.              :
---------------------------------------------------------------- X

### NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S OPINION AND ORDER DENYING DEFENDANTS' MOTION FOR RULE 15 DEPOSITIONS

PLEASE TAKE NOTICE, that on behalf of defendants Monzer Al Kassar, Tareq Mousa Al Ghazi, and Luis Felipe Moreno Godoy (collectively, "Defendants"), the undersigned counsel respectfully: (a) moves this Court to reconsider and vacate its August 18, 2008 Opinion and Order, and permit Defendants to take a videotaped deposition in Spain of Inspector Jose M. Villarejo pursuant to Rule 15 of the Federal Rules of Criminal Procedure; and, alternatively, (b) requests an opportunity to argue orally the motion at a session to be held before the Honorable Jed S. Rakoff, at the Moynihan Federal Courthouse, located at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court,.

DOCSNY-324444v01

Dated: New York, New York
      August 20, 2008

                                      Respectfully submitted,

                                      DICKSTEIN SHAPIRO, LLP

                                      By: _____
                                      Ira Lee Sorkin
                                      Nicole DeBello
                                      Elliott Z. Stein
                                      *Attorneys for Monzer Al Kassar*
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Tel. (212) 277-6500
                                      Fax (212) 277-6501

DOCSNY-324444v01

CERTIFICATE OF SERVICE

    I, Elliott Z. Stein, an attorney, hereby certify that on August 20, 2008, I caused to be electronically filed Defendants' Motion for Reconsideration of the Court's Opinion and Order Denying Defendants' Motion for Rule 15 Depositions, and supporting Memorandum of Law, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>Marc A. Agnifilo
>Brafman & Associates, P.C.
>767 Third Avenue
>New York, New York 10017
>
>Roger L. Stavis
>Gallet Dreyer & Berkey LLP
>845 Third Avenue, 8th Floor
>New York, New York 10022
>
>Leslie C. Brown
>Boyd M. Johnson
>Brendan R. McGuire
>Assistant United States Attorneys
>Southern District of New York
>One Saint Andrew's Plaza
>New York, New York 10007

Respectfully submitted,

_/s/ Elliott Z. Stein_
Elliott Z. Stein