```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
             -v-                     :     S3 07 CR 354(JSR)
                                     :
MONZER AL KASSAR,                    :          ORDER
TAREQ MOUSA AL GHAZI, and            :
LUIS FELIPE MORENO GODOY,            :
                                     :
             Defendants.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

      Defendants Monzer Al Kassar, Tareq Mousa Al Ghazi, and Luis Felipe Moreno Godoy move to dismiss the Indictment pursuant to Fed. R. Crim. P. 12(b)(3). For reasons that will be set forth in an opinion that will issue prior to trial, defendants' motions are denied in all respects.

      SO ORDERED.

                                                                             JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 5, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-08