USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/13

MONZER AL KASSAR
FCI-THA, #61111-054
P.O. Box 33
Terre Haute, IN 47808

July 29, 2013

RECEIVED
AUG 02 2013
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

The Honorable James L. Cott
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 1360
New York, NY 10007

Re: Monzer Al Kassar v. United States of America
    13 Civ. 3541 (JSR)(JLC); 07 Cr. 354 (JSR)

Dear Judge Cott,

    Please excuse my writing to this Honorable Court direct. I am not sure if my legal counsel, Ms. Gail Grey, received and has presented the enclosed Motion to this Court because of my delay of communications.

    I have been advised that an extension of time has been granted to the government to my § 2255 Petition but I have no idea how long this extension runs. Will you or the Clerk of the Court so advise me so I can know my schedule accordingly?

    Secondly, I am enclosing the Motion referenced above for this Court's due consideration direct. This Motion involves my need to communicate direct with my co-defendant, Luis Felipe Moreno-Godoy, for our joint defense strategy which until recently, had been allowed without any problems whatsoever.

    Thank you in advance for your due consideration in these matters and I will look forward to hearing from the Court soon.
Sincerely,

Monzer Al Kassar, Petitioner


cc:   Ms. Gail Grey, Attorney at Law

    Mr. Brenden McGuire, AUSA
    Office of the United States Attorney

enclosures

p.s. Will you please direct the Clerk of the Court to send to me a copy of the Docket Sheet for my files. Thank you.

*[Handwritten note:]* As petitioner is represented by counsel, all requests for relief should be made to the Court by counsel, not by petitioner. So ORDERED. James L. Cott USMJ 8/5/13

USDC SDNY
DATE SCANNED 8/5/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONZER AL KASSAR, | : 13 Civ. 3541 (JSR)(JLC); 07 Cr. 354 (JSR) |
| Petitioner, | : |
| -v- | : MOTION FOR COURT ORDER, |
| | : F.R.Cv.P. 65 |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

COMES NOW, the Defendant herein, in an filing this motion, would show this Honorable Court, the following:

1. This Defendant and his Co-defendant, Luis Felipe Moreno-Godoy, through their pre-trial proceedings, their actual trial, and throughout their appeals including those to the U.S. Supreme Court have always pursued a joint-defense strategy, sharing information and resources to seek the ends of justice.

2. No seperation order has ever been sought nor issued regarding these continual communications because no problem has ever arisen.

3. Both this Defendant and his Co-defendant are far away from their families who are situated overseas and they are housed in seperate federal penal institutions.

4. This Defendant and his Co-defendant now have a need to continue their open communications in pursuit of their due legal remedies through the appellate process.

RELIEF CLAIMED

5. For the reasons as cited herein, this Defendant hereby claims for this Honorable Court to issue an Order directing the Federal Bureau of Prisons to open and continuously maintain, these open communications between this Defendant and his Co-defendant, Luis Felipe moreno-Godoy, until such time as this Court rules otherwise.

-1-

In accordance with 28 USCS § 1746(1), under the pains and penalties of perjury, I do hereby certify that the forgoing is all true and correct.

Date: July 29, 2013

Respectfully submitted,

Monzer Al Kassar, Petitioner
FCI-THA, #61111-054
P.O. Box 33
Terre Haute, IN 47808

-2-