```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x
UNITED STATES OF AMERICA,               :
                                        :
            -v-                         :    07-cr-354-01(JSR)
                                        :
MONZER AL KASSAR,                       :         ORDER
                                        :
            Defendant.                  :
--------------------------------------- x
JED S. RAKOFF, U.S.D.J.
```

For the reasons stated at the end of telephonic oral argument held earlier today, see Transcript 4/27/2020, the motion of defendant Monzer Al Kassar for compassionate release is denied. The Clerk is directed to close the entry bearing docket number 184.

    SO ORDERED.

Dated:   New York, NY

        April 27, 2019

JED S. RAKOFF, U.S.D.J.