```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,             :
                                      :
           -v-                        :
                                      :
MONZER AL KASSAR,                     :      07-cr-354 (JSR)
                                      :
              Defendant.              :      ORDER
                                      :
------------------------------------- :
                                      :
JED S. RAKOFF, U.S.D.J.               x
```

By Memorandum Order (the "Order") dated October 11, 2024, the Court denied the latest *pro se* motion by defendant Monzer Al Kassar for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). As the Order explained, Al Kassar does not qualify for relief under the statute because extraordinary and compelling reasons do not warrant a reduction in his sentence and, in any case, the sentencing factors in 18 U.S.C. § 3553(a), including foremostly the seriousness of his past crimes, weigh heavily against his release.

Al Kassar has now moved for leave to appeal the Order *in forma pauperis*. (Case no. 07-cr-00354, Dkts. 220, 221). Since, for the reasons stated in the Court's Order, Al Kassar's claim lacks any arguable basis in law or fact, the Court hereby certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith. See *Seimon v. Emigrant Savs. Bank (In re Simon)*, 421 F. 3d 167, 169 (2d Cir. 2005). Defendant's motion is therefore denied. Clerk to close Dkts. 220, 221.

SO ORDERED.

Dated: New York, New York
       April /\, 2025

_____
JED S. RAKOFF, U.S.D.J.